# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 15, 2009

Charles R. Fulbruge III
Clerk

No. 09-30051
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DANIELLE BERNARD METZ, also known as Boo,

Defendant-Appellant

Appeal from the United States District Court
for Eastern the District of Louisiana
USDC No. 2:92-CR-469-3

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Danielle Bernard Metz in an appeal from the denial of her motion to reduce her sentence under 18 U.S.C. § 3582 has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Metz has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS DISMISSED.

*See* 5TH CIR. R. 42.2.